RECEIVED
SDNY PRO SE OFFICE
2020 NOV 17  AM 11:00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ryan-mykal S. Bacon

**MEMO ENDORSED**

Fill in above the full name of each plaintiff or petitioner.

Case No. 20 CV 6337 (KMK)

-against-

Joshua Evans

Fill in above the full name of each defendant or respondent.

## DECLARATION

in opposition to defendant's Motion for Summary Judgement

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Ryan-mykal S. Bacon declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

On May 5th, May 16th, June 15th, June 20th, August 10th, August 11 & September 19th The defendant Joshua Evans keept saying "Bacon the rapo" and also told every inmate on the unit that I am a homosexual

Rev. 6/30/16

inmate and all of these inmates started yelling "I'm going to kill you faggot", "Come suck my d", "you better sign into protective custody because when you leave your cell we're going to kill your faggot ass bitch" So I signed into p.c. because I feared for my life

Attach additional pages and documents if necessary.

10-1-20
Executed on (date)

Ryan-mykal S. Bacon
Signature

Ryan-mykal S. Bacon
Name

18B1491
Prison Identification # (if incarcerated)

325 river side drive Falsburg N.Y. 12733
Address               City          State   Zip Code

(845)-434-2080
Telephone Number (if available)

N/A
E-mail Address (if available)

Page 2

The Court will consider this Declaration as annexed to Plaintiff's Complaint.

Plaintiff's Motion for Judgment, (Dkt. No. 10), is denied without prejudice as premature. The Court will consider this Motion as annexed to Plaintiff's Complaint.

The Clerk of the Court is respectfully asked to terminate the pending Motion. (Dkt. No. 10.)
11/18/2020

SO ORDERED

KENNETH M. KARAS U.S.D.J.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff

SULLIVAN CORRECTIONAL FACILITY
P.O. BOX 116
FALLSBURG, NEW YORK 12733-0116
NAME: Ryan Bacon   DIN: 18B1491

US District Court
Southern district of N.Y.
U.S. courthouse
500 Pearl st.
New York, NY
Pro Se